IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641- DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Amy L. Eggers

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Mark Eggers

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Minnesota

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Minnesota

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Minnesota

7. District Court and Division in which venue would be proper absent direct filing:

   Minnesota District Court

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☑ Denali® Vena Cava Filter

  ☐  Other: _____

11. Date of Implantation as to each product:

  12/02/2014
  _____

12. Counts in the Master Complaint brought by Plaintiff(s):

  ☑  Count I:  Strict Products Liability – Manufacturing Defect

  ☑  Count II:  Strict Products Liability – Information Defect (Failure to Warn)

  ☑  Count III:  Strict Products Liability – Design Defect

  ☑  Count IV:  Negligence – Design

  ☑  Count V:  Negligence – Manufacture

  ☑  Count VI:  Negligence – Failure to Recall/Retrofit

  ☑  Count VII:  Negligence – Failure to Warn

  ☑  Count VIII:  Negligent Misrepresentation

  ☑  Count IX:  Negligence *Per Se*

  ☑  Count X:  Breach of Express Warranty

  ☑  Count XI:  Breach of Implied Warranty

  ☑  Count XII:  Fraudulent Misrepresentation

  ☑  Count XIII:  Fraudulent Concealment

  ☑  Count XIV:  Violations of Applicable __Minnesota__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☑  Count XV:  Loss of Consortium

  ☐  Count XVI:  Wrongful Death

  ☐  Count XVII:  Survival

  ☑  Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this  11th  day of  June  , 2018.

By: */s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

I hereby certify that on this  11th  day of  June  , 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**